**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BIOLOGICAL TREATMENT SYSTEMS,      :
LLC, and UNIVERSAL TECHNICAL       :          CIVIL ACTION
RESOURCE SERVICES, INC.,           :
       Plaintiffs,             :
                               :
       v.                      :          NO: 02-4642
                               :
ENVIRONMENTAL SYSTEMS              :
MANAGEMENT INTERNATIONAL,          :
LLC, and MANAF FARHAN, Ph.D.,      :
       Defendants.             :

## ORDER

Presently before the Court is a letter from Defendants' counsel dated July 18, 2002.

Previously, the Court had set Tuesday, July 23, 2002, at 11:00 a.m., as the date and time for the

hearing on Plaintiffs' Motion for a Preliminary Injunction.  In his aforementioned letter,

Defendants' counsel informs the Court that he is scheduled to be before the Pennsylvania Superior

Court at that time.  The parties now jointly request a continuance of the hearing date, and

Defendants consent to the continuance of the injunction until Friday, July 26, 2002.

    **AND NOW**, this _____ day of July, 2002, upon consideration of the letter from

Defendants' counsel dated July 18, 2002, **IT IS HEREBY ORDERED** that:

    1)    The parties' request for a continuance of the hearing date is **GRANTED**;

          The hearing on Plaintiffs' Motion for a Preliminary Injunction is set for

          **Friday, July 26, 2002, at 11:00 a.m. in Courtroom 15B** of the United

          States Courthouse for the Eastern District of Pennsylvania, 601 Market

          Street, Philadelphia, Pennsylvania;

    2)    Upon Defendants' consent, and, pursuant to Federal Rule of Civil Procedure

          65(b), the Temporary Restraining Order issued by this Court on July 12,

2002, is extended, and shall remain in full effect, until **Friday, July 26,**

**2002**, and will terminate on that date unless otherwise ordered by the Court;

3)      The letter from Defendants' counsel dated July 18, 2002 is to be **FILED**

**AND DOCKETED**.


                                    BY THE COURT:


                                    _____
                                    CLIFFORD SCOTT GREEN, S.J.