IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIOLOGICAL TREATMENT SYSTEMS, LLC | : | |
| and | : | CIVIL ACTION |
| | : | |
| UNIVERSAL TECHNICAL RESOURCE SERVICES, INC., | : | |
| Plaintiffs, | : | NO: 02-4642 |
| | : | |
| v. | : | |
| | : | |
| ENVIRONMENTAL SYSTEMS MANAGEMENT INTERNATIONAL, LLC, | : | |
| and | : | |
| | : | |
| MANAF FARHAN, Ph.D., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of July, 2002, after conducting a hearing on Plaintiff's Motion for a Preliminary Injunction, at which all parties were represented by counsel, and after conferencing with counsel, **IT IS HEREBY ORDERED** that:

1) Paragraph 1 of this Court's Order dated July 12, 2002, is **DISSOLVED**, without prejudice to any party requesting the continuation of the preliminary injunction hearing to seek relief associated with the use or dissemination of confidential and proprietary information of Plaintiffs;

2) Paragraph 2 of this Court's Order dated July 12, 2002 is **CONTINUED** in full force and effect, provided, however, that counsel for the parties are to confer and seek to reach an agreement concerning the materials to which Defendant Manaf Farhan, Ph.D., claims personal ownership;

3)  If the parties request, this matter will be referred to United States Magistrate Judge Welsh or a mediator, to explore settlement options;

4)  All discovery in this matter shall be completed by **October 28, 2002**;

5)  Case dispositive motions must be filed by **December 2, 2002**;

6)  The case will be placed in the trial pool (published in the *Legal Intelligencer*) on **January 6, 2003**.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.